## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

IN RE:

| | |
|---|---|
| **HARRIS CLAIBORNE FRAZIER** | **CASE NO. 08-03051-EE** |
| **DEBTOR** | **CHAPTER 7** |
| **KAY ATWOOD VANSKIVER** | **PLAINTIFF** |
| **v.** | **ADVERSARY NO. 09-00089-EE** |
| **HARRIS CLAIBORNE FRAZIER** | **DEFENDANT** |

### AGREED JUDGMENT DETERMINING A CERTAIN INDEBTEDNESS
### NOT TO BE DISCHARGED AND DISMISSING THE OBJECTION TO DISCHARGE

THIS CAUSE having come on for hearing on the Joint Motion For Entry of Agreed Judgment, ore tenus, of Plaintiff Kay Atwood VanSkiver ( "Vanskiver") and Defendant Harris Claiborne Frazier, and the Court having considered said Joint Motion and such matters as presented by parties present, and otherwise being thoroughly familiar in the premises, is of the opinion and so finds as follows:

1.      This Court has jurisdiction of this proceeding and all parties herein pursuant to 28 U.S.C. §§157(b) and 1334.

2.      Atwood filed a Complaint herein on July 31, 2009 by which they objected to the dischargeability of debts owed by Frazier to her and Frazier's discharge from bankruptcy.

3.      Frazier was personally served with a summons and copy of VanSkiver's Complaint on September 19, 2009.

4.      Frazier has reviewed VanSkiver's Complaint with his counsel, Ron Smith, Esq., and represents to the Court that he admits each and every allegation stated therein, except for Count

Two, paragraphs 17 through 20 inclusive, and in lieu of having a trial of the issues presented by said

Complaint Frazier is agreeable to entering into this Agreed Judgment specifically the non-

dischargeability of his debt totaling Eighty-Five Thousand and no/100 Dollars ($85,000.00) plus

interest at the rate of eight percent (8%) per annum from and after September 15, 2005 and all costs

of collection, including reasonable attorney fees owing to VanSkiver as evidenced by that certain

Promissory Note dated September 15, 2005.

5.    VanSkiver is likewise agreeable to entering into this Agreed Judgment in order to

save the time and expense of a trial. Van Skiver is further agreeable to the discharge of Count Two

of the Complaint Objecting To Dischargeability of Debt or In The Alternative, To The Discharge

of Debtor filed herein.

6.    In view of the representations of the parties and their respective counsel, evidenced

by the signatures of the parties and their respective counsel affixed hereto, the Court is satisfied that

sufficient grounds exist to enter this Agreed Judgment denying the dischargeability of Frazier's debt

owing to VanSkiver and the dismissal of Count Two of the Complaint filed herein and that good

cause exist to grant the Joint Motion, ore tenus, in all respects.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff Kay Atwood VanSkiver

should be and hereby is awarded a judgment against Defendant Harris Claiborne Frazier in the total

sum of Eighty-Five Thousand and no/100 Dollars ($85,000.00) plus interest at the rate of eight

percent (8%) per annum from and after September 15, 2009 and all costs of collection, including

attorney fees in the sum of Seventeen Thousand and no/100 Dollars ($17,000.00) and that the

amount of this judgment owing by Frazier to VanSkiver should be and hereby is determined to be

non-dischargeable in accordance with *11 U.S.C. §523(a)(4)(6)* of the Bankruptcy Code.

2

IT IS FURTHER ORDERED AND ADJUDGED that Count Two of the Complaint filed

herein should be and hereby is dismissed.

SO ORDERED AND ADJUDGED on this ___ day of November, 2009.

19th

Edward Ellington
United States Bankruptcy Judge
Dated: November 19, 2009

APPROVED:

KAY ATWOOD VANSKIVER, Plaintiff

JAMES L. MARTIN, Her Attorney

HARRIS CLAIBORNE FRAZIER, Defendant

RONALD C. SMITH, His Attorney

DEREK A. HENDERSON, Trustee

R. MICHAEL BOLEN
U.S. TRUSTEE

By:_____

Prepared By:
James L. Martin
P.O. Box 2703
Madison, MS 39130
601-991-3301
601-991-32302 - facsimile
jmartin@jlmatty.com
MS Bar No. 1891

3